## WHITECO INDUSTRIES, INC. v. HARRINGTON

No. 471P93

Case below: 111 N.C.App. 815

Motion by defendant to dismiss the appeal for lack of significant public interest allowed 27 January 1994. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

## WIGGINS v. NATIONWIDE MUTUAL INSURANCE CO.

No. 458P93

Case below: 112 N.C.App. 26

Motion by defendant-appellant (Nationwide Mut. Ins. Co.) to be allowed to withdraw petition for discretionary review allowed 13 January 1994.

PETITIONS TO REHEAR

## IN RE APPEAL OF PHILIP MORRIS U.S.A.

No. 49PA93

Case below: 335 N.C. 227

Petition by Philip Morris to rehear pursuant to Rule 31 denied 27 January 1994.

## WORLEY v. WORLEY

No. 128PA93

Case below: 335 N.C. 166

Petition by defendant to rehear pursuant to Rule 31 denied 27 January 1994.